12

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

Case:2:17-cv-13230
Judge: Goldsmith, Mark A.
MJ: Whalen, R. Steven
Filed: 10-02-2017 At 10:42 AM
CMP JACKSON v CREDIT ACCEPTANCE CORPORATION (dat)

JONATHAN JACKSON

Plaintiff Jonathan Jackson

V.

CREDIT ACCEPTANCE CORPORATION
ETAL

Defendant

Credit Acceptance Corporation ETAL

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

JONATHAN JACKSON

Plaintiff

Case:2:17-cv-13230
Judge: Goldsmith, Mark A.
MJ: Whalen, R. Steven
Filed: 10-02-2017 At 10:42 AM
CMP JACKSON v CREDIT ACCEPTANCE CORPORATION (dat)

V.

CREDIT ACCEPTANCE CORPORATION ETAL

Defendant

---

**COMPLAINT**

---

**TO THE HONORABLE DISTRICT COURT MAGISTRATE, STEPHANIE DAWKINS DAVIS, COMES NOW Plaintiff,** Jonathan Jackson do hereby petition the court for file this complaint against Defendants, Credit Acceptance Corporation.

**Plaintiff,** Jonathan Jackson submit this complaint after filing in good faith a letter of arbitration as stated in the agreement pertaining in the Arbitration Clause stated in the AGREEMENT CONTRACT of Credit Acceptance Corporation between the buyer and Credit Acceptance Corporation. Credit Acceptance Corporation has refused to comply in the agreement

Plaintiff states, just like Plaintiff, Samantha Rajapakse, who also has a case against Credit Acceptance Corporation, ***(Docket: 16-13144)*** which is before the district Court. Credit Acceptance has no intention on arbitrating this with Plaintiff or any other buyers who addresses concerns or dispute such matter nor attempting to resolve the issues that were address in the complaint or letter of arbitration. **THEREFORE**, Plaintiff ask this case conjoined with Plaintiff Rajapakse against Credit Acceptance Corporation. Credit Acceptance Corporation continues to breach their own Arbitration Clause by refusing to acknowledge their clause in allowing buyers who financed their vehicles through this financial institution to have a fair and unbiased hearing.

**JURISDICTION**

Plaintiff Jackson filed this complaint seeking Subject matter. Plaintiff Jackson is a resident of Michigan and resides 25118 Daring in Troy, Michigan in Oakland County. Defendant, Credit Acceptance Corporation does business at 25505 W. Twelve Miles Road, Southfield, Michigan in Oakland County.

Plaintiff filed a letter demanding arbitration as stated in the Arbitration Clause on the contract between him and Credit Acceptance Corporation. Credit Acceptance Corporation mailing address is P.O. box 5070, Southfield, MI 4806 in Oakland County.

**PLAINTIFF ATTEMPTED TO ARBITRATION IN GOOD FAITH**

Plaintiff has attempted to arbitrate his dispute with Credit Acceptance Corporation regarding billing under the Fair Debt Collections Practices Act. Credit Acceptance Corporation has willingly refused to reply on the arbitration matter causing Plaintiff no other action but to file before this court. Plaintiff issues which includes Fraudulent warranty being was sold to him attached to the note of the financing agreement resulting in harassing phone calls resulting in possible collecting on the vehicle.

**COMPLAINT INVOLVES THE RICO ACT AGAINST CREDIT ACCEPTANCE CORPORATION**

Plaintiff is stating in his complaint Credit Acceptance Corporation has defraud its buyers into purchasing a warranty to protect the vehicle for assurance in which no one will honor it. Under the guild lines of the RICO Act, this is an act of **THEFT/LARNCENY** in which includes additional parties from all over Michigan and outside of Michigan has been affect by this purchase.

The **RICO ACT** (Racketeer Influence and Corruption Act*) 18 USC §1961-§1968* against Credit Acceptance, its CEO, employees, Board of Directors, of financial theft, as defined by the federal definition (larceny) by using the warranty of services or good in obtain money under false pretense. The warranty or extended warranty as stated on Credit Acceptance

contracts are not honored and money obtained by the buyer, Credit Acceptance will not refund or adjust the buyer account. Plaintiff amend complaint to include RICO Act due to Credit Acceptance violation of a federal law and the Michigan Consumer Protection Act which defines any business that sells, promotes, or market any product, services, or goods either directly or indirectly.

Credit Acceptance has full knowledge this is not a warranty but continue to market this service or good through its authorize dealers, representatives, or agents in an attempt to default its buyers to think they have assurance in case the vehicle which is financed is covered for mechanical defects or troubles. Plaintiff states he was told by Credit Acceptance who would accept the warranty only to find out the information was false.

Credit Acceptance **continues to** promoting, marketing, and selling fraud warranties that not only promotes a profits, enhance its stocks before Wall Street that is created by manipulating its financial records provided including to the Internal Revenue Service (IRS) is a criminal act.

Credit Acceptance is a financial institution that loans finance vehicles for those whose credit is less than perfect. Because this is a lending institution it falls under the FDIC regulation and the SEC.

Plaintiff has sent via email to Credit Acceptance Corporation by its website email directly to the Board of Directors and through a third party company called Lighthouse Service in seeking an arbitration. The Board of Directors has refused to comply or respond. Credit Acceptance Corporation continues to seek payments on a fraudulent warranty by letters and phone calls which is a violation of the United States Postal Service.

**§ 1341. Frauds and swindles.**

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any

such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

## MANIPULATION OF TAX RELATED INCOME

Since the buyers being financed through Credit Acceptance Corporation is an asset to the company, Credit Acceptance has continue to report its earnings to the Internal Revenue Services (IRS) as well as to the Security Exchange Commission (SEC) in reports. The reports submitted to these agencies include the loans obtained with the attached warranty. Since the warranty are fraudulent and Credit Acceptance has not provided to Plaintiff or any other customer the official terms and conditions of the warranty, the warranty never existed and Credit Acceptance Corporation has used these earnings in boosting and reporting is earnings growth on Wall Street and potential investors. Under ***Section 17*** of the Securities Act and ***Section 10 (b) Rule 10 b*** it is prohibit under (a) employ devices, schemes, and artifices to defraud, making untrue statements of material facts or omitting to the state material facts necessary to make the statement of material fact to be misleading. (c) Engage in acts, practices, and a course of business which operates or would operate as a fraud or deceit upon any person in connection with the sale of security. Since Credit Acceptance stock are reported on Wall Street of their loan assets, then they are misleading investors of the company to believe their earnings are ethical. Their investors are lead to believe Credit Acceptance is upholding the law and their accounts are sound under the Truth in Lending Act.

## CREDIT ACCEPTANCE VIOLATION OF THE TRUTH IN LENDING ACT.

The contract between Plaintiff and Credit Acceptance Corporation defines Credit Acceptance Corporation are to disclose any terms and agreement pertaining to the loan included warranties attached to the note of the vehicle. Since Credit Acceptance Corporation do not allow

its customer to cancelled in a timely manner and adjust the account minus the warranty, Plaintiff and other customers are force to pay the entire loan in full in order to have paid on their account.

The Truth in Lending Act was designed to disclose the full term and condition of an agreement. Because Credit Acceptance Corporation never provided any additional terms and condition for the warranty other than word of mouth, there is no proof a warranty ever existed.

## BRIEF SUMMARY OF ADDITIONAL EVIDENCE TO BE SUBMITTED WITH MOTION

Existing and new customers have also come out via social media stating the same or similar claims against Credit Acceptance Corporation in the warranty fraud, violation of the Fair Debt Collection Practice Act, Fair Credit Reporting Act, and Telephone Consumer Protection Act. Plaintiff and customers have experience financial hardship in attempting to have the warranty purchased honored. Under Michigan Consumer Protection Act which clearly states anyone that sell or market any goods, services, or products are liable under this act. Credit Acceptance Corporation selling, promoting this services which is not honored is a violation of all such acts including Michigan Consumer Protection Act.

## OTHER CREDIT ACCEPTANCE BUYERS BE ALLOWED TO SUBMIT THEIR COMPLAINT AGAINST CREDIT ACCEPTANCE IN SUPPORT THE RICO ACT

Plaintiff has contacted other buyers through social media in obtaining other information relevant against Credit Acceptance Corporation regarding the allegations before this court. Although Plaintiff is Pro se, and cannot represent each buyer, the court should allow buyers who can show Credit Acceptance Corporation violations in the form of pattern of practice behavior as evidence in the RICO Act... The court should also take into consider there are thousands of buyers who has accounts with Credit Acceptance Corporation all over the United States in which they show a danger to the community like Wells, Fargo and other financial institution who uses deceptive acts against consumers and should have a right to show this cause for the court to consider criminal action against Credit Acceptance or forward to a government agency for further investigation. The promotion and sale of fraudulent warranties has resulted in Credit

Acceptance, its CEO, Board of Directors, staff, agents, and affiliates to receive profits that would not arrived it they were not attaching such goods and services to its buyers.

**MONETARY AMOUNT AGAINST CREDIT ACCEPTANCE CORPORATION FOR DEFRAUDING ITS CUSTOMERS**

Plaintiff petitions the court to assign a trustee for those who seek monetary amount against Credit Acceptance for fraud warranty and any damages that occurred with attempting to use the service provided by Credit Acceptance not exceeding six thousand dollars (6,000.00). Those who seek damages against Credit Acceptance who which to have the services removed from the account shall do so and the amount shall be adjusted to their account. If the warranty has affected their credit and upon credit acceptance stating it will take months, the amount shall be removed and credit acceptance shall provide them with the amount stated and shall provide credit monitoring service to make sure the error is corrected. Each person providing proof of the claim shall provide their contract and their credit reporting agency. This amount is calculated based on the amount of the warranty, plus the interest rate of 24.99 % over the two years of the warranty.

**NOTICE OF PUBLICATION IN SUPPORT OF RICO ACT**

Plaintiff has obtain some of Credit Acceptance Corporation's buyers who has the same complaints as her. The base of those are in Michigan. Ms. Rajapakse would like to publish a notice in seeking claimants who have the same problem which has included social media. This publication will support thousands who have obtain this fraudulent warranty and as a result have had to endure financial hardship and additional damage to their credit score and rating due to late fees and repossession. This will also support Credit Acceptance pattern and behavior in supporting this criminal act against consumers.

**BRIEF SUMMARY IN SUPPORT**

Credit Acceptance Corporation is a predator lending violation federal and state laws in obtaining loans for those who has less than perfect credit seeking a second chance. Credit Acceptance

Corporation arbitration clause is just like their warranty a smoke and mirror to continue their violations and criminal acts against consumers with no intentions of honoring their part of the contract. For their attorneys to offer criminal questions regarding removing or making an account disappear shows the CEO and Board of Directors and all persons who has obtained this counsel have knowledge and assist in this criminal act. A person who has less than perfect credit should not be subject to MIFA type terms and conditions when they are seeking a second chance of rebuilding their credit.

The RICO Act was created for Organized Crime that was using a business to shadow illegal means in obtaining money.

**IT IS THEREFORE, PLAINTIFF PRAYS:**

1. The court opens this complaint for further litigation.
2. The Order GRANT injunctive relief to Plaintiff and all those who files a claim seeking relief.
3. The court allows Plaintiff to submit to Credit Acceptance a Discovery
4. The court arbitrate this complaint in assurance of fairness of all parties.
5. Plaintiff be allowed to publish notification of this complaint in Michigan for any and all buyers who are currently or previously financed through Credit Acceptance Corporation during the three (3) years.
6. Additional relief the court may asset to resolve this matter.
7. Plaintiff may resubmit her evidence with the court within 10 days of filing this motion.
8. Upon the court finding to support the allegations, notification to government agencies be allowed to investigate the for criminal intentions

Respectfully Submitted,

Jonathan Jackson
Plaintiff/ Pro se
25118 Daring
Troy, MI 48180

# CIVIL COVER SHEET

County in which action arose:

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

JONATHAN JACKSON

**(b)** County of Residence of First Listed Plaintiff OAKLAND
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

25118 DARING
TROY, MI 48180

**DEFENDANTS**

CREDIT ACCEPTANCE CORPORATION
25505 W TWELVE MILE ROAD
SOUTHFIELD, MI 48034

County of Residence of First Listed Defendant
(IN U.S. PL...

NOT

Attc

Case:2:17-cv-13230
Judge: Goldsmith, Mark A.
MJ: Whalen, R. Steven
Filed: 10-02-2017 At 10:42 AM
CMP JACKSON v CREDIT ACCEPTANCE COR PORATION (dat)

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ■ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ■ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P. **DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ■ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE DOCKET NUMBER

DATE
October 3, 2017

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ____________________

Case No.: ____________________

Judge: ____________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: ____________________

Case No.: ____________________

Judge: ____________________

Notes :

Kimberly Crawford
12952 Visger St.
Detroit, MI 48217

RECEIVED
OCT - 2 2017
CLERK'S OFFICE
DETROIT

SEP 30 PM

U.S. MARSHAL

231 W Lafayette
Detroit, MI 48226

9/30/17

New case

# New Lawsuit Check List

**Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.**

☐ Two (2) completed **Civil Cover Sheets.** NO COVERSHEETS

☑ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

1 + 2 = 3 **Complaints.**

(# of Defendants) (Total)

Received by Clerk: [initials] Addresses are complete: ✓

Case:2:17-cv-13230
Judge: Goldsmith, Mark A.
MJ: Whalen, R. Steven
Filed: 10-02-2017 At 10:42 AM
CMP JACKSON v CREDIT ACCEPTANCE CORPORATION (dat)

☐ If any of your defendants are **government agencies**:
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>*Clerk, U.S. District Court*<br><br>Received by Clerk: ______ Receipt #: ______ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br>Received by Clerk: [initials] |

**Select the Method of Service you will employ to notify your defendants:**

| **Service via Summons by Self** | **Service by U.S. Marshal** (Only available if fee is waived) | **Service via Waiver of Summons** (U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br>NO SUMMONS<br><br>Received by Clerk: ______ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>NONE<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>NONE<br><br>Received by Clerk: ______ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:

NO COVERSHEETS; NO SERVICE DOCUMENTS – NO SUMMONS
NO 285 FORMS
NO REQ FOR USMS SERVICE